1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

13 | SFR INVESTMENTS POOL 1, LLC, | CASE NO. 3:20-cv-00604-LRH-WGC

14 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULED DEADLINES**

15 | vs.

16 | U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, | **(First Request)**

17
18
19 | Defendants.

20

     Plaintiff SFR Investments Pool 1, LLC ("Plaintiff") and Defendant First American Trustee Servicing Solutions, LLC ("FATSS"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue Scheduled Deadlines pursuant to LR IA 6-1 and LR 7-2.

     On March 23, 2021, Plaintiff filed its Response to First American Trustee Servicing Solutions LLC's Motion for Summary Judgment and Response to Request for Judicial Notice in Support of Motion for Summary Judgment and In the Alternative Countermotion for 56(d) Relief (ECF Nos. 28, 29, 30). Defendant's Replies and Response brief are currently due April 6, 2021.

1    FATSS' counsel was involved in a week-long trial from March 22, 2021 to March 26,

2    2021, and is currently in the process of moving offices. FATSS respectfully requests additional

3    time to prepare its Replies and Response briefs. The parties have agreed to extend the deadline

4    for FATSS to file its Replies and Response to April 13, 2021.

5         This is the first request for an extension which is brought in good faith and not for purposes

6    of delay.

7

8    DATED this 5th day of April, 2021.                    DATED this 5th day of April, 2021.

9              MAURICE WOOD                                           KIM GILBERT EBRON

10   By:    /s/ Brittany Wood                            By:    /s/ Diana S. Ebron
            Aaron R. Maurice, Esq.                               Diana S. Ebron, Esq.
11          Nevada Bar No. 6412                                  Nevada Bar No. 10580
            Brittany Wood, Esq.                                  Jacqueline A. Gilbert, Esq.
12          Nevada Bar No. 7562                                  Nevada Bar No. 10593
            Elizabeth E. Aronson, Esq.                           7625 Dean Martin Drive, Suite 110
            Nevada Bar No. 14472                                 Las Vegas, Nevada 89139
13          9225 Hillwood Drive, Suite 140                       *Attorneys for Plaintiff*
            Las Vegas, Nevada 89134                              *SFR Investments Pool 1, LLC*
14          *Attorneys for Defendant First*
            *American Trustee Servicing*
15          *Solutions LLC*

16

17

18   DATED this 6th day of April 2021.          **IT IS SO ORDERED.**

19

20

21          _____

22          LARRY R. HICKS
            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28