1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   SFR INVESTMENTS POOL 1, LLC,          Case No.: 3:20-cv-00604-LRH-WGC

12                    Plaintiff,           **STIPULATION AND ORDER TO STAY**
                                           **LITIGATION**
13           vs.

14

15   U.S. BANK NATIONAL ASSOCIATION AS
     LEGAL TITLE TRUSTEE FOR TRUMAN
16   2016 SC6 TITLE TRUST AND FIRST
     AMERICAN TRUSTEE SERVICING
17   SOLUTIONS, LLC,

18                    Defendant.

19

20           COME NOW Plaintiff, SFR Investments Pool 1, LLC ("Plaintiff"), Defendant, U.S. Bank

21   National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") and

22   Defendant, First American Trustee Servicing Solutions, LLC ("FATSS"), by and through their

23   respective counsel of record, and hereby stipulate and agree as follows:

24           On October 23, 2020, Plaintiff filed a Complaint against Defendants in the above-

25   identified action, seeking declaratory relief, slander of title, violation of NRS 107.028 and

26   wrongful foreclosure, among other allegations.

27   \ \ \

28   \ \ \

On November 10, 2020, the Court entered a preliminary injunction enjoining U.S. Bank from foreclosing under the subject deed of trust pending resolution of the above-identified action.

The parties acknowledge that the certification of questions of law to the Nevada Supreme Court in *U.S. Bank, N.A. v. Thunder Properties, Inc.*, No. 17-16399 could have significant bearing on the outcome of the present case.

WHEREFORE, to preserve judicial time and resources, as well as those of the parties, Plaintiff and Defendants hereby stipulate and agree to stay this action pending decision from the Nevada Supreme Court in *U.S. Bank, N.A. v. Thunder Properties, Inc.*, No. 17-16399.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties to **STAY** discovery and future deadlines in the case pending the Nevada Supreme Court's decision in *U.S. Bank, N.A. v. Thunder Properties, Inc.*, No. 17-16399.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1       **IT IS FURTHER STIPULATED AND AGREED**, to an additional ninety (90) days

2 discovery period following the lifting of the stay in this case.

3       IT IS SO STIPULATED.

4 DATED this 2nd day of June, 2021.

5 WRIGHT, FINLAY & ZAK, LLP          KIM GILBERT EBRON

6

7 */s/ Aaron D. Lancaster*              */s/ Diana S. Ebron*
Aaron D. Lancaster, Esq.             Diana S. Ebron, Esq.

8 Nevada Bar No. 10115                Nevada Bar No. 10580
7785 W. Sahara Avenue, Suite 200      7625 Dean Martin Drive, Suite 110

9 Las Vegas, NV 89117                Las Vegas, NV 89139
*Attorneys for Defendant, U.S. Bank National*   *Attorneys for Plaintiff, SFR Investments*

10 *Association as Legal Title Trustee for Truman*   *Pool 1, LLC*
*2016 SC6 Title Trust*

11

12 MAURICE WOOD

13 */s/ Brittany Wood*
Aaron R. Maurice, Esq.

14 Nevada Bar No. 6412
Brittany Wood, Esq.

15 Nevada Bar No. 7562
8250 West Charleston Blvd., Suite 100

16 Las Vegas, NV 89117
*Attorneys for Defendant, First American*

17 *Trustee Servicing Solutions, LLC*

18

19

20

21                        **ORDER**

22       **IT IS SO ORDERED.**

23       DATED this 3rd day of June, 2021.

24                       _____

25                       LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

26

27

28