UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, <br><br> Defendant. | Case No. 3:20-cv-00604-LRH-WGC <br><br> MINUTE ORDER <br><br> June 4, 2021 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>   REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>       NONE APPEARING       </u>

COUNSEL FOR DEFENDANT(S): <u>       NONE APPEARING       </u>

**MINUTE ORDER IN CHAMBERS**:

On June 3, 2021, the court granted the parties' stipulation to stay litigation in this matter (*see* Order ECF No. 45). It appearing that there is no purpose in requiring status reports or other filings from counsel until the Nevada Supreme Court rules upon *U.S. Bank, N.A. v. Thunder Properties, Inc.*, No. 17-16399, or upon the occurrence of any other development, and good cause appearing,

For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively; said closing has no substantive effect on the status of the case. The case remains pending for all substantive purposes. The case will be reopened administratively when any of the parties request reopening or notify the court of the Nevada Supreme Court's ruling. Within forty-five (45) days of a decision in *Thunder Properties*, the parties shall file an updated joint status report informing the court how they wish to proceed, including the setting of new discovery deadlines. Given this minute order, the court will not consider the parties' joint motion to extend discovery deadlines (ECF No. 44) at this time.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By: <u>        /s/        </u>

Deputy Clerk