1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**
9                                  **DISTRICT OF NEVADA**
10

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 3:20-cv-00604-LRH-WGC |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, | |
| Defendant. | |

Plaintiff, SFR Investments Pool 1, LLC ("Plaintiff"), Defendant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") and Defendant, First American Trustee Servicing Solutions, LLC ("FATSS"), by and through their respective counsel of record, hereby submit the following Joint Status Report in compliance with this Court's June 4, 2021, Minute Order (ECF No. 46).

1  On June 3, 2021, this Court stayed the above-entitled action pending a decision from the Nevada Supreme Court in *U.S. Bank, N.A. v. Thunder Properties, Inc.*[1] (ECF No. 45). On February 3, 2022, the Nevada Supreme Court rendered a decision/opinion in *Thunder Properties*. However, a motion for rehearing is forthcoming, and the Nevada Supreme Court recently extended the deadline to file such motion to March 22, 2022. Because remittitur has not yet issued, and because the *Thunder Properties* decision/opinion is not yet final, the parties stipulate and agree the stay in this matter should continue until remittitur is issued.

Based upon the foregoing, the parties propose that a further status report be submitted in 60 days to advise this Court of the status of the *Thunder Properties'* remittitur and how they wish to proceed, including the setting of new discovery deadlines as may be deemed appropriate.

DATED this 21st day of March, 2022.

| WRIGHT, FINLAY & ZAK, LLP | HANKS LAW GROUP |
|---|---|
| /s/ Jory C. Garabedian | /s/ Karen L. Hanks |
| Jory C. Garabedian, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 10352 | Nevada Bar No. 9578 |
| 7785 W. Sahara Avenue, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89117 | Las Vegas, NV 89139 |
| *Attorneys for Defendant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust* | *Attorneys for Plaintiff, SFR Investments Pool 1, LLC* |

MAURICE WOOD

/s/ Brittany Wood
Aaron R. Maurice, Esq.
Nevada Bar No. 6412
Brittany Wood, Esq.
Nevada Bar No. 7562
8250 West Charleston Blvd., Suite 100
Las Vegas, NV 89117
*Attorneys for Defendant, First American Trustee Servicing Solutions, LLC*

---

[1] The case is docketed with the Nevada Supreme Court as Case No. 81129, and involves certified questions regarding the statute of limitations pertaining to quiet title and declaratory relief actions following HOA foreclosure sales.

## ORDER

**IT IS SO ORDERED.**

Dated this 25th day of March, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE