WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorneys for Defendant, U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 3:20-cv-00604-LRH-WGC |
| Plaintiff, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, | **JOINT STATUS REPORT** |
| Defendant. | |

Plaintiff, SFR Investments Pool 1, LLC ("Plaintiff"), Defendant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") and Defendant, First American Trustee Servicing Solutions, LLC ("FATSS"), by and through their respective counsel of record, hereby submit the following Joint Status Report in compliance with this Court's March 25, 2022, Order (ECF No. 51).

/././

/././

/././

/././

1         On June 3, 2021, this Court stayed the above-entitled action pending a decision from the

2 Nevada Supreme Court in *U.S. Bank, N.A. v. Thunder Properties, Inc.*[1] (ECF No. 45). On

3 February 3, 2022, the Nevada Supreme Court rendered a decision/opinion in *Thunder Properties*.

4 However, a petition for rehearing was filed on March 22, 2022, and the Court solicited additional

5 briefing thereafter. Just last week on May 18, 2022, the Court denied the petition for rehearing,

6 and it is anticipated the Court will enter its remittitur shortly to make the decision/opinion final.

7         Based upon the foregoing, the parties plan to meet and confer and submit a proposed

8 scheduling order by June 30, 2022.

9         DATED this 24th day of May, 2022.

10 WRIGHT, FINLAY & ZAK, LLP         HANKS LAW GROUP

11 */s/ Jory C. Garabedian*         */s/ Karen L. Hanks*

12 Jory C. Garabedian, Esq.         Karen L. Hanks, Esq.
Nevada Bar No. 10352         Nevada Bar No. 9578

13 7785 W. Sahara Avenue, Suite 200         7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89117         Las Vegas, NV 89139

14 *Attorneys for Defendant, U.S. Bank National*      *Attorneys for Plaintiff, SFR Investments*

15 *Association as Legal Title Trustee for Truman*      *Pool 1, LLC*
*2016 SC6 Title Trust*

16

17 MAURICE WOOD

18 */s/ Brittany Wood*
Aaron R. Maurice, Esq.

19 Nevada Bar No. 6412

20 Brittany Wood, Esq.
Nevada Bar No. 7562

21 8250 West Charleston Blvd., Suite 100
Las Vegas, NV 89117

22 *Attorneys for Defendant, First American*

23 *Trustee Servicing Solutions, LLC*

24

25

26

27

28 ---
[1]     The case is docketed with the Nevada Supreme Court as Case No. 81129, and involves certified questions regarding the statute of limitations pertaining to quiet title and declaratory relief actions following HOA foreclosure sales.

**ORDER**

**IT IS SO ORDERED.**

Dated this 24 day of May , 2022.

_____
UNITED STATES DISTRICT JUDGE