**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:20-cv-00604-LRH-CSD<br><br>**ORDER TO DISMISS FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC** |

…

- 1 -

### STIPULATION AND ORDER TO DISMISS FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel, Hanks Law Group and First American Trustee Servicing Solutions, LLC, by and through its counsel Maurice Wood hereby stipulate that SFR's claims against First American Trustee Servicing Solutions, LLC are hereby dismissed with prejudice, with each side to bear their own fees and costs. U.S. Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trust has no objection to this stipulation.

| | |
|---|---|
| Dated this 21st day of July, 2022.<br><br>HANKS LAW GROUP<br><br>/s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | Dated this 21st day of July, 2022.<br><br>MAURICE WOOD<br><br>/s/ Elizabeth Aronson<br>Elizabeth Aronson, Esq.<br>Nevada Bar 14472<br>8250 W. Charleston Blvd., Ste 100<br>Las Vegas, Nevada 89117<br>*Attorneys for First American Trustee Servicing Solutions, LLC* |
| Dated this 21st day of July, 2022<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Jory C. Garabedian<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>Jory C. Garabedian, Esq.<br>Nevada Bar No. 10352<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for U.S. Bank* | |

IT IS SO ORDERED.

DATED this 25th day of July, 2022.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE