1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>Defendant. | Case No. 3:20-cv-00604-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**<br><br>(First Request) |

Plaintiff, SFR Investments Pool 1, LLC and Defendant, U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust, hereby stipulate that the parties shall have an additional two (2) days up to an including April 3, 2023 to file dispositive motions. The current deadline is March 30, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

The request is made because SFR's counsel had an emergency incident on March 24, 2023 that took her out of the office and she was out of the office on March 29, 2023. That took time away from allowing her to complete the brief. U.S. Bank's counsel does not oppose the extension as the additional time would be helpful in finishing his briefing as well. The request is not made to prejudice any party or delay the matter.

| DATED: March 30, 2023 | DATED: March 30, 2023 |
|---|---|
| **WRIGHT FINLAY & ZAK LLP** | **HANKS LAW GROUP** |
| /s/ Jory C. Garabedian<br>JORY C. GARABEDIAN, ESQ.<br>Nevada Bar No. 10352<br>7785 W. Sahara Ave., #200<br>Las Vegas, Nevada 89117<br><br>*Attorneys for U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Case No. 3:20-cv-00604-MMD-CSD

March 31, 2023
**DATED**