KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, <br><br> Defendant. | Case No. 3:20-cv-00604-MMD-CSD <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO DISPOSITIVE MOTIONS** <br><br> (Second Request) |

    Plaintiff, SFR Investments Pool 1, LLC and Defendant, U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust, hereby stipulate that the parties shall have an additional two (2) weeks, up to an including May 22, 2023 to file their responses to each other's dispositive motions. SFR filed its dispositive motion on April 3, 2023 [ECF No. 69] and U.S. Bank filed its dispositive motion on April 3, 2023 [ECF No. 70]. The respective responses are currently due on May 8, 2023.

/ / /

/ / /

/ / /

/ / /

- 1 -

The request is made because SFR's counsel has jury duty. U.S. Bank's counsel does not oppose the extension as the additional time would be helpful in finishing his briefing as well. The request is not made to prejudice any party or delay the matter.

DATED: May 5, 2023

**WRIGHT FINLAY & ZAK LLP**

/s/ Jory C. Garabedian
JORY C. GARABEDIAN, ESQ.
Nevada Bar No. 10352
7785 W. Sahara Ave., #200
Las Vegas, Nevada 89117

*Attorneys for U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust*

DATED: May 5, 2023

**HANKS LAW GROUP**

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Case No. 3:20-cv-00604-MMD-CSD

May 8, 2023
**DATED**