KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No. 3:20-cv-00604-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO DISPOSITIVE MOTIONS**<br><br>**(Third Request)** |

　　　　Plaintiff, SFR Investments Pool 1, LLC and Defendant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, hereby stipulate that the parties shall have an additional one (1) day, up to an including May 23, 2023 to file their responses to each other's dispositive motions. SFR filed its dispositive motion on April 3, 2023 [ECF No. 69] and U.S. Bank filed its dispositive motion on April 3, 2023 [ECF No. 70]. The respective responses are currently due on May 22, 2023 by way of stipulation entered on May 8, 2023. [ECF No. 74].

/ / /

/ / /

/ / /

/ / /

The request is made because SFR's counsel's office was without internet for one day last week, and as result she lost a day in the drafting process. The request is not made to prejudice any party or delay the matter.

DATED: May 22, 2023

**WRIGHT FINLAY & ZAK LLP**

/s/ Jory C. Garabedian
JORY C. GARABEDIAN, ESQ.
Nevada Bar No. 10352
7785 W. Sahara Ave., #200
Las Vegas, Nevada 89117

*Attorneys for U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust*

DATED: May 22, 2023

**HANKS LAW GROUP**

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 3:20-cv-00604-MMD-CSD

May 22, 2023
**DATED**