WRIGHT, FINLAY & ZAK, LLP
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net

*Attorneys for Defendant, U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, <br><br> Defendant. | Case No.: 3:20-cv-00604-MMD-CSD <br><br> **STIPULATION AND ORDER TO EXTEND REPLY DEADLINES (ECF Nos. 69 & 70)** <br><br> **(First Request)** |

Plaintiff SFR Investments Pool 1, LLC ("SFR") and Defendant U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate to extend their reply brief deadlines to their pending motions for summary judgment (ECF Nos. 69 & 70) through July 7, 2023. The respective replies are currently due June 6, 2023.

This request is made because U.S. Bank's counsel has been training for the last two weeks for a new role with his firm. In addition, SFR's counsel is scheduled to be out of town through June 26, 2023. Both counsels have conferred in good faith and have agreed to extend the reply deadlines through July 7, 2023. Both counsels also plan to explore settlement in light of the positions in the pending motions for summary judgment.

|   |   |
|---|---|
| 1 | Based upon the foregoing, the parties respectfully submit that good cause exists to extend |
| 2 | the reply deadlines through July 7, 2023.  This request is not made to prejudice any party or delay |
| 3 | the matter. |

DATED this 6th day of June, 2023.                              DATED this 6th day of June, 2023.

WRIGHT, FINLAY & ZAK, LLP                               HANKS LAW GROUP

*/s/ Jory C. Garabedian*                                              */s/ Karen L. Hanks*
Jory C. Garabedian, Esq.                                          Karen L. Hanks, Esq.
Nevada Bar No. 10352                                             Nevada Bar No. 9578
7785 W. Sahara Avenue, Suite 200                          7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89117                                               Las Vegas, NV 89139
*Attorneys for Defendant, U.S. Bank National*           *Attorneys for Plaintiff, SFR Investments*
*Association as Legal Title Trustee for Truman*         *Pool 1, LLC*
*2016 SC6 Title Trust*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2023