Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>Defendant. | Case No. 3:20-cv-00604-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY** |

The parties hereby stipulate that SFR Investments Pool 1, LLC shall have until March 19, 2024 to file its reply in support of motion to alter or amend judgment pursuant to FRCP 59(e). (ECF No. 87) The current deadline is March 12, 2024. This request is made because SFR's counsel will be out of the jurisdiction that week.

///
///
///
///
///
///

- 1 -

The request is not sought to delay or prejudice any party.

Dated this 8th day of March, 2024.

| HANKS LAW GROUP | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| /s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: karen@hankslg.com<br>Email: chantel@hankslg.com<br><br>Attorneys for SFR Investments Pool 1, LLC | /s/ Jory C. Garabedian<br>Jory C. Garabedian, Esq.<br>Nevada Bar No. 10352<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Telephone: (702) 475-7964<br>Email: jgarabedian@wrightlegal.net<br><br>Attorneys for U.S. Bank |

**ORDER**

**IT IS ORDERED:**

U.S. DISTRICT COURT JUDGE

DATED: March 11, 2024